THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD J. KINSELLA and <br> JULIE A. KINSELLA, <br>             Plaintiffs, <br> vs. <br><br> CAPITAL ONE, N.A., <br><br>            Defendants. | No. 17-cv-5236 <br><br> Honorable John J. Tharp, Jr. |

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS PURSUANT TO F.R.C.P. RULE 41((a)(2)

NOW COMES the Plaintiffs, DONALD J. KINSELLA and JULIE A. KINSELLA, by and through their attorneys, Chuck Bretz & Associates, P.C. and request this Honorable Court for leave to voluntarily dismiss the above-captioned cause pursuant to F.R.C.P. Rule 41(a)(2) without prejudice.

WHEREFORE, Plaintiffs, DONALD J. KINSELLA and JULIE A. KINSELLA respectfully request this Honorable Court to enter an Order granting the relief hereinabove requested and for such other relief as this Honorable Court deems appropriate and just.

By:   /s/ Joseph A. Namikas
        Joseph A. Namikas

Joseph A. Namikas
Chuck Bretz & Associates, P.C.
58 N. Chicago Street, 2nd Floor
Joliet, Illinois 60432
(815) 740-1545
ARDC #: 6190095

1